# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL LEE MCPHERSON

NO. 2023 KW 0420

**JULY 17, 2023**

In Re:    Michael Lee McPherson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebone, No. 646251.

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT